**THALER LAW**
Jesse J. Thaler SBN 278463
PO Box 28892
Santa Ana, CA 92799
Telephone: (570)470-6155
Email: jessejthaler@gmail.com

Attorney for Plaintiff
RP Golden State Management, LLC DBA Garden Suites Inn

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RP Golden State Management, LLC DBA Garden Suites Inn,<br><br>Plaintiff,<br><br>v.<br><br>OHIO SECURITY INSURANCE COMPANY; and DOES 1 through 25, inclusive,<br><br>Defendants. | **CASE NO.:** 1:19-cv-00600-DAD-JLT<br><br>**STIPULATION TO STAY THE CASE NINETY DAYS TO EXPLORE INFORMAL SETTLEMENT; [~~PROPOSED~~] ORDER**<br>**(Doc. 7)** |

    This Stipulation is entered into by and between plaintiff RP Golden State Management, LLC DBA Garden Suites Inn ("Plaintiff") and OHIO SECURITY INSURANCE COMPANY ("Defendant"). Plaintiff and Defendant are collectively referred to as the "Parties."

    WHEREAS, Plaintiff filed the Complaint in this action on March 25, 2019 in the Superior Court of California for the County of Kern;

    WHEREAS, the Complaint alleges that Defendant, an insurance company, failed to respond to a claim made by Plaintiff, a policy holder;

    WHEREAS, Plaintiff served Defendant with the Complaint on April 3, 2019;

    WHEREAS, Defendant removed the action to United States District Court Eastern District of California on May 3, 2019;

    WHEREAS, the Rule 26(f) Conference is currently set for July 18, 2019;

    WHEREAS, Plaintiff proposed to stay the case to permit the parties to attempt to resolve the litigation and Defendant agrees to the proposal subject to requesting responses to their initial

discovery as a means to assist in any such resolution.  Accordingly, the Parties agree that judicial economy and the interests of the Parties in avoiding unnecessary expenses and in resolving the litigation would be best served and promoted by staying the case ninety (90) days as the parties engage in very meaningful discussions to resolve the litigation and reach a global settlement;

      NOW, THEREFORE, the Parties hereby agree and stipulate that the case stayed ninety (90) days and the Rule 26(f) Conference should be continued by approximately ninety (90) days to October 17, 2019, so that the Parties can engage in very meaningful discussions to resolve the litigation and reach a global settlement.

THALER LAW

Dated: June 11, 2019

By: /s/ Jesse J. Thaler
Jesse J. Thaler,      Attorney for Plaintiff

CLYDE & CO US LLP

Dated: June 11, 2019

By: /s/ Susan Koehler Sullivan (as authorized on 6/10/2019)
    Susan Koehler Sullivan,    Attorney for Defendant

**STIPULATION TO STAY CASE NINETY DAYS TO EXPLORE INFORMAL SETTLEMENT**

## [~~PROPOSED~~] ORDER

Based upon the stipulation of counsel, the Court **ORDERS**:

1. The stipulation of the parties to continue the mandatory scheduling conference to October 17, 2019, is GRANTED. The request to stay the case is DENIED;

2. If the case does not settle, the joint scheduling report SHALL be filed one week before the conference and, in addition to the information required to be addressed in the report (Doc. 5 at 3-6), it SHALL detail the efforts made by counsel to resolve this case and when these efforts occurred. Counsel SHALL NOT include any information about the substance of any of the settlement discussions.

IT IS SO ORDERED.

Dated: **June 11, 2019**  /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE

**STIPULATION TO STAY CASE NINETY DAYS TO EXPLORE INFORMAL SETTLEMENT**