**THALER LAW**
Jesse J. Thaler SBN 278463
17011 Beach Blvd. Fl. 9
Huntington Beach, CA 92647
Telephone: (570)470-6155
Email: jessejthaler@gmail.com

Attorney for Plaintiff
RP Golden State Management, LLC DBA Garden Suites Inn

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RP Golden State Management, LLC DBA Garden Suites Inn,<br><br>Plaintiff,<br><br>v.<br><br>OHIO SECURITY INSURANCE COMPANY; and DOES 1 through 25, inclusive,<br><br>Defendants. | **CASE NO.:** 1:19-cv-00600-DAD-JLT<br><br>**STIPULATION TO CONTINUE THE SETTLEMENT CONFERENCE; [PROPOSED] ORDER**<br>**(Doc. 15)** |

This Stipulation is entered into by and between plaintiff RP Golden State Management, LLC DBA Garden Suites Inn ("Plaintiff") and OHIO SECURITY INSURANCE COMPANY ("Defendant"). Plaintiff and Defendant are collectively referred to as the "Parties."

WHEREAS, Plaintiff filed the Complaint in this action on March 25, 2019 in the Superior Court of California for the County of Kern alleging that Defendant, an insurance company, failed to respond to a claim made by Plaintiff, a policy holder;

WHEREAS, Defendant removed the action to United States District Court Eastern District of California on May 3, 2019;

WHEREAS, the Rule 26(f) Conference was held on October 17, 2019 resulting in a Scheduling Order which set a Settlement Conference for March 16, 2020;

WHEREAS, at the Mid-Discovery Status Conference held on January 31, 2020,

Defendant indicated that a March 16, 2020 Settlement Conference was unlikely to be productive due to multiple outstanding discovery issues which the parties are working to resolve;

 WHEREAS, the Court ordered the Parties at the conclusion of the Mid-Discovery Status Conference held on January 31, 2020 to submit a stipulation continuing the Settlement Conference to an agreeable date;

 NOW, THEREFORE, the Parties hereby agree and stipulate that the Settlement Conference be continued to June 15, 2020 at 9:00am.

THALER LAW

Dated: February 21, 2020

By: /s/ Jesse J. Thaler
Jesse J. Thaler, Attorney for Plaintiff

CLYDE & CO US LLP

Dated: February 21, 2020

By: /s/ Susan Koehler Sullivan (as authorized on 02/20/20)

Susan Koehler Sullivan, Attorney for Defendant

**[PROPOSED] ORDER**

Having considered the stipulation, the Court **ORDERS:**

1. The Settlement Conference is continued to June 15, 2020 at 9:00 a.m. at 510 19th Street, Bakersfield, CA.

IT IS SO ORDERED.

Dated: **February 21, 2020**        **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

# PROOF OF SERVICE

I am employed in the County of Orange, State of California; I am over the age of eighteen years and not a party to the within entitled action; my business address 17011 Beach Blvd. Fl. 9 Huntington Beach, CA 92647.

On the date set forth below, I served the within entitled document: **STIPULATION TO CONTINUE THE SETTLEMENT CONFERENCE; [PROPOSED] ORDER** on the interested party by the method of service indicated below, and addressed as follows:

| NAME & ADDRESS OF DEFENDANT | PHONE NUMBER | ATTORNEY FOR |
|---|---|---|
| Clyde & Co<br>355 S. Grand Avenue \| Suite 1400<br>Los Angeles \| CA 90071 | T: +1 213 358 7600<br>F: +1 213 358 7650<br>E: Susan.Sullivan@clydeco.us | Defendant |
| | | |
| | | |

☒ **BY CM/ECF:** I caused the above document to be transmitted to the office of the addressee listed by electronic mail at the e-mail address set forth above pursuant to FRCP 5(b)(2)(e). A Notice of Electronic Filing is generated automatically by the ECF system upon completion of an electronic filing. The Notice, when e-mailed to the address of record in the case, shall constitute the proof of service as required by FRCP.

☐ **BY PERSONAL SERVICE:** I delivered such envelope by hand to the office of the addressee.

☒ **BY ELECTRONIC MAIL:** Submitted in Word Format per the local rules to jltorders@caed.uscourts.gov.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

February 21, 2020                  s/ Jesse J. Thaler
                                                     JESSE J. THALER

THALER LAW
SANTA ANA