# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RP GOLDEN STATE MANAGEMENT, <br><br> Plaintiff, <br><br> v. <br><br> OHIO SECURITY INSURANCE COMPANY, <br><br> Defendants. | Case No. 1:19-cv-00600-DAD-JLT <br><br> [**PROPOSED**] **ORDER EXTENDING NON-EXPERT DISCOVERY DEADLINE TO JUNE 12, 2020** <br> **(Doc. 20)** |

Based upon the stipulation of the parties, the Court **ORDERS**:

1. The parties SHALL complete all non-expert discovery no later than **June 12, 2020.**

IT IS SO ORDERED.

Dated: __**March 19, 2020**__         __**/s/ Jennifer L. Thurston**__
UNITED STATES MAGISTRATE JUDGE