**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RP GOLDEN STATE MANAGEMENT, LLC DBA GARDEN SUITES INN,<br><br>        Plaintiff,<br><br>    v.<br><br>OHIO SECURITY INSURANCE COMPANY; and DOES 1 through 25, inclusive,<br><br>        Defendants. | Case No. 1:19-cv-00600-DAD-JLT<br><br>**ORDER AMENDING CASE SCHEDULE (Doc. 23)** |

Based upon the stipulation of the parties and due to the ongoing COVID-19 pandemic, the Court **ORDERS** the case schedule to be amended as follows:

1. The parties **SHALL** disclose their experts no later than **July 2, 2020** and their rebuttal experts no later than **August 7, 2020**. The parties **SHALL** complete all discovery related to non-experts and experts no later than **September 4, 2020**;

2. Any non-dispositive motions **SHALL** be filed no later than **September 18, 2020** and heard no later than **October 20, 2020**;

3. Any dispositive motions **SHALL** be filed no later than **October 13, 2020** and heard no later than **November 10, 2020**;

1

4. The pretrial conference is continued to **January 25, 2021** at 3:30 p.m.;

5. The trial is continued to **March 23, 2021** at 8:30 a.m.;

6. The request for a court conference is **DENIED**.

IT IS SO ORDERED.

Dated:   **April 21, 2020**                             /s/ Jennifer L. Thurston
                                                                UNITED STATES MAGISTRATE JUDGE

2