**THALER LAW**
Jesse J. Thaler SBN 278463
17011 Beach Blvd. Fl. 9
Huntington Beach, CA 92647
Telephone: (570)470-6155
Email: jessejthaler@gmail.com

Attorney for Plaintiff
RP Golden State Management, LLC DBA Garden Suites Inn

THALER LAW
SANTA ANA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RP Golden State Management, LLC DBA Garden Suites Inn, | **CASE NO.:** 1:19-cv-00600-DAD-JLT |
| Plaintiff, | **STIPULATION TO CONTINUE THE SETTLEMENT CONFERENCE; [PROPOSED] ORDER** (Doc. 26) |
| v. | |
| OHIO SECURITY INSURANCE COMPANY; and DOES 1 through 25, inclusive, | |
| Defendants. | |

This Stipulation is entered into by and between plaintiff RP Golden State Management, LLC DBA Garden Suites Inn ("Plaintiff") and OHIO SECURITY INSURANCE COMPANY ("Defendant"). Plaintiff and Defendant are collectively referred to as the "Parties."

WHEREAS, Plaintiff filed the Complaint in this action on March 25, 2019 in the Superior Court of California for the County of Kern alleging that Defendant, an insurance company, failed to respond to a claim made by Plaintiff, a policy holder;

WHEREAS, Defendant removed the action to United States District Court Eastern District of California on May 3, 2019;

WHEREAS, the Rule 26(f) Conference was held on October 17, 2019 resulting in a Scheduling Order which set a Settlement Conference for March 16, 2020;

WHEREAS, at the Mid-Discovery Status Conference held on January 31, 2020,

Defendant indicated that a March 16, 2020 Settlement Conference was unlikely to be productive due to multiple outstanding discovery issues which the parties are working to resolve;

WHEREAS, the Court ordered the Parties at the conclusion of the Mid-Discovery Status Conference held on January 31, 2020 to submit a stipulation continuing the Settlement Conference to an agreeable date;

WHEREAS, pursuant to a stipulation between the Parties, the Court set a Settlement Conference for June 15, 2020;

WHEREAS, after consideration of the settlement conference statements and the offers that have been exchanged between the Parties, the Court found the case is not in a settlement posture and ordered counsel to file "a joint statement indicating they believe there is a substantial likelihood of settlement at the conference, or they SHALL stipulate to continue the conference to a date by which the case is more likely to be in a settlement posture";

WHEREAS, after a telephone discussion between Counsel on June 9, 2020 it appears that there is not a substantial likelihood of settlement at the Settlement Conference, although the Parties believe that some progress toward a settlement might be achieved through participation in the Settlement Conference or a mediation;

WHEREAS, Defendant plans to file a dispositive motion after the close of discovery in this case and Counsel for Plaintiff does not believe the settlement landscape will change until adjudication of Defendant's proposed dispositive motion;

NOW, THEREFORE, the Parties hereby agree and stipulate that the Settlement Conference be continued to November 16, 2020, or on such other date that is beyond the dispositive motion hearing deadline of November 10, 2020;

**STIPULATION TO CONTINUE THE SETTLEMENT CONFERENCE**

THALER LAW
SANTA ANA

1     **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

2                         THALER LAW

3

Dated: June 10, 2020

4

5                         By: /s/ Jesse J. Thaler

6                         Jesse J. Thaler,        Attorney for Plaintiff

7

8                         CLYDE & CO US LLP

9

Dated: June 10, 2020

10

11                         By: /s/ Susan Koehler Sullivan (as authorized on 6/10/2020)

12                           Susan Koehler Sullivan,        Attorney for Defendant

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

THALER LAW
SANTA ANA

**STIPULATION TO CONTINUE THE SETTLEMENT CONFERENCE**

1

2                                **[~~PROPOSED~~] ORDER**

3

4       Having considered the STIPULATION TO CONTINUE THE SETTLEMENT

5    CONFERENCE, and GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED:

6    That the Settlement Conference is continued to November 16, 2020 at 9:00 a.m. at 510 19th

7    Street, Bakersfield, CA.

8

9    IT IS SO ORDERED.

10      Dated:   __**June 10, 2020**__                __**/s/ Jennifer L. Thurston**__
                                           UNITED STATES MAGISTRATE JUDGE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

THALER LAW
SANTA ANA

---
                                         4
                **STIPULATION TO CONTINUE THE SETTLEMENT CONFERENCE**