UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RP GOLDEN STATE MANAGEMENT, LLC DBA GARDEN SUITES INN,<br><br>             Plaintiff,<br><br>     v.<br><br>OHIO SECURITY INSURANCE COMPANY; and DOES 1 through 25, inclusive,<br><br>             Defendants. | Case No. 1:19-cv-00600-DAD-JLT<br><br>**ORDER DENYING STIPULATION TO AMEND THE CASE SCHEDULE**<br>**(Doc. 28)** |

The Court has amended the case schedule, at counsel's request, twice before (Docs. 21, 24). Both times, the support for the amendments was the ongoing COVID-19 pandemic. (Docs. 20, 23). Apparently, counsel believe they can shelve this case until the pandemic passes without having to forego traditional forms of discovery. Because no one can assure the public or the Court that there is an end in sight for this pandemic, counsel must rethink their tactics. They cannot simply abandon this case or their clients because they prefer the old ways. Thus, they SHALL investigate how to represent their clients properly without the need to compromise their health and the health of the witnesses while moving the case forward. Virtually every other case under the Court's case management are now moving forward despite the pandemic, and counsel have failed

to demonstrate why this case cannot do so also.  Thus, the stipulation to again amend the case schedule is DENIED without prejudice. **Only if** they can demonstrate that this case requires in person deposition or representation or other form of discovery that places the health or welfare of a witness at risk, may they renew their request to amend the case schedule. Failing this, the Court will consider they lack good cause for the amendment.

IT IS SO ORDERED.

Dated:   **June 13, 2020**              /s/ Jennifer L. Thurston
                                       UNITED STATES MAGISTRATE JUDGE

2