UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RP GOLDEN STATE MANAGEMENT, LLC, *d/b/a as Garden Suites Inn*,<br><br>Plaintiff,<br><br>v.<br><br>OHIO SECURITY INSURANCE COMPANY,<br><br>Defendant. | No. 1:19-cv-00600-DAD-JLT<br><br><br>ORDER GRANTING REQUEST TO SEAL DOCUMENTS<br><br>(Doc. No. 30) |

     Before the court is a request by plaintiff's counsel for an order permitting him to file under seal a declaration supporting his motion to withdraw as attorney of record in this matter, and for an order sealing any response filed by plaintiff. (Doc. No. 30.)

     The court has considered the factors set forth in *Pintos v. Pac. Creditors Ass'n*, 605 F.3d 665, 677–78 (9th Cir. 2010) and finds that there is good cause to seal the abovementioned documents. Accordingly, pursuant to Local Rule 141(b) and the representations contained in the request to seal filed by plaintiff's counsel, it is hereby ordered that the supporting declaration and

/////

/////

/////

/////

1

any response filed by plaintiff be sealed until further order of the court. Electronic access to the sealed documents shall be limited to plaintiff and his counsel.

IT IS SO ORDERED.

Dated: **June 16, 2020**  
　　　　　　　　　　　　　　　　　　　　*Dale A. Drozd*  
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE