# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RP GOLDEN STATE MANAGEMENT, LLC DBA GARDEN SUITES INN,<br><br>   Plaintiff,<br><br>   v.<br><br>OHIO SECURITY INSURANCE COMPANY; and DOES 1 through 25, inclusive,<br><br>   Defendants. | Case No. 1:19-cv-00600-DAD-JLT<br><br>[~~PROPOSED~~] ORDER GRANTING <u>UNOPPOSED</u> *EX PARTE* APPLICATION FOR AN ORDER SHORTENING TIME FOR HEARING ON <u>UNOPPOSED</u> MOTION BY DEFENDANT OHIO SECURITY INSURANCE COMPANY'S TO (1) DEEM SERVICE OF SUBPOENA ON WILLIAM HARRISON EFFECTUATED; AND (2) COMPEL HIS APPEARANCE AT DEPOSITION<br><br>**(Doc. 40)** |

After considering the moving papers, the Court **ORDERS**:

1. The unopposed e*x parte* application of Ohio Security Insurance Company for an order shortening time to hear its motion to: (1) deem Ohio Security's August 2, 2020 service of a deposition subpoena upon third-party witness, William Harrison effectuated; and (2) compel Harrison to appear for deposition (Doc.37) is GRANTED;

2. The hearing on the motion is set on August 17, 2020, at 10:30 a.m. The hearing will proceed via video-conference. Ohio Security Insurance Company SHALL immediately contact Courtroom Deputy Clerk, Susan Hall, to receive instructions for the video-conference. These instructions SHALL be served on Mr. Harrison also, so that he can be appear at the hearing.

1     3.    Ohio Security Insurance Company SHALL serve Mr. Harrison by overnight mail, the following:

        a.    The motion and all supporting documents and this order;

        b.    This order;

        c.    Instructions as to how to appear at the videoconference hearing.

    4.    Ohio Security Insurance Company SHALL file proof of service of all of these documents no later than August 10, 2020.

IT IS SO ORDERED.

Dated: **August 7, 2020**                      **/s/ Jennifer L. Thurston**
                                                 UNITED STATES MAGISTRATE JUDGE