UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RP GOLDEN STATE MANAGEMENT, LLC DBA GARDEN SUITES INN,<br><br>Plaintiff,<br><br>v.<br><br>OHIO SECURITY INSURANCE COMPANY; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 1:19-cv-00600-DAD-JLT<br><br>**ORDER DENYING EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME TO HEAR THE MOTION TO COMPEL THE PLAINTIFFS' DEPOSITIONS**<br><br>**(Doc. 7)** |

The defense fails to demonstrate any basis for shortening time to hear the motion at issue. Local Rule 144(e). Indeed, the deposition of Paul Desai has not even occurred and is not due to occur until next week. Until he has failed to appear, the motion is not ripe. Moreover, the deadline for filing such motions does not pass until September 18, 2020. Thus, the application for an order shortening time is DENIED.[1]

IT IS SO ORDERED.

Dated: __August 13, 2020__           __/s/ Jennifer L. Thurston__
                                     UNITED STATES MAGISTRATE JUDGE

---

[1] Apparently, counsel believes this Court has sufficient time to consider frivolous applications; it does not. Further such frivolous requests will result in the imposition of sanctions.