**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RP GOLDEN STATE MANAGEMENT, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>OHIO SECURITY INSURANCE COMPANY,<br><br>    Defendant. | Case No.: 1:19-cv-00600-DAD-JLT<br><br>ORDER GRANTING IN PART REQUEST FOR EXTENSION OF TIME TO FILE RESPONSES AND ENGAGE COUNSEL<br><br>(Doc. 64) |

On August 24, 2020, the Court entered an order granting Jesse Thaler's motion to withdraw as counsel for plaintiff. (Doc. 53.) The Court provided plaintiff fourteen days from the date of service of that order to obtain new counsel. (Id. at 5-6.) Subsequently, the defendant filed a motion to dismiss on September 18, 2020. (Doc. 58.) Mr. Desai, on behalf of the plaintiff, has requested an extension of time of "15 days to file responses, Complaints and related documents" and 60 days to engage another attorney. (Doc. 64.) Notably, a corporation may proceed **only** through an attorney. Thus, the request of Mr. Desai for additional time to file anything is DENIED because he cannot act for the corporation—the corporation MUST have an attorney.

///
///
///
///

1

However, the request for additional time to retain an attorney is GRANTED. Counsel for the corporation SHALL file a notice of appearance no later than November 23, 2020. **The failure of the plaintiff to appear through an attorney will result in a recommendation that the action be dismissed.**

IT IS SO ORDERED.

Dated:   **September 23, 2020**                    **/s/ Jennifer L. Thurston**
                                                                         UNITED STATES MAGISTRATE JUDGE