**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RP GOLDEN STATE MANAGEMENT, LLC,<br><br>           Plaintiff,<br><br>     v.<br><br>OHIO SECURITY INSURANCE COMPANY,<br><br>           Defendant. | Case No.: 1:19-cv-00600-DAD-JLT<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH THE COURT'S ORDERS<br><br>[21-DAY DEADLINE] |

On December 3, 2020, the Court granted plaintiff's request for additional time to retain an attorney and directed counsel for the corporation to file a notice of appearance no later than December 18, 2020. (Doc. 72.) However, no notice of appearance has been filed to date.

The Local Rules, corresponding with Federal Rule of Civil Procedure 11, provide, "[f]ailure of counsel or of a party to comply with . . . any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." Local Rule 110. "District courts have inherent power to control their dockets" and, in exercising that power, may impose sanctions, including dismissal of an action. *Thompson v. Housing Auth., City of Los Angeles*, 782 F.2d 829, 831 (9th Cir. 1986). A court may dismiss an action based on a party's failure to prosecute an action, obey a court order, or comply with local rules. *See*, *e.g.*, *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (dismissal for failure to comply with a court order to amend a complaint); *Malone v. U.S. Postal Service*, 833 F.2d 128, 130-31 (9th Cir. 1987) (dismissal for failure to comply

with a court order); *Henderson v. Duncan*, 779 F.2d 1421, 1424 (9th Cir. 1986) (dismissal for failure to prosecute and to comply with local rules).

      Accordingly, **within 21 days** the plaintiff **SHALL** show cause in writing why this action should not be dismissed for failure to comply with the Court's orders. Alternatively, within that same time, the counsel for the corporation may file a notice of appearance as directed in the Court's previous order (Doc. 72) or the plaintiff may file a notice of voluntary dismissal of this action.

      **The failure to comply with this order will result in a recommendation that the Court dismiss the action.**

IT IS SO ORDERED.

Dated:   **December 21, 2020**              **/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE