**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RP GOLDEN STATE MANAGEMENT, LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>OHIO SECURITY INSURANCE COMPANY,<br><br>　　　　　　Defendant. | Case No.: 1:19-cv-00600-DAD-JLT<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(Doc. 73) |

The Court ordered the plaintiff to show cause why the action should not be dismissed for failure to comply with the Court's orders and retain counsel for the corporation. (Doc. 73.) The plaintiff has responded and detailed the diligent attempt to retain counsel. (Doc. 75.) Therefore, the Court **ORDERS**:

　　1.　The order to show cause (Doc. 73) is **DISCHARGED**;

　　2.　**No later than March 1, 2021**, counsel for the corporation SHALL file a notice of appearance. Alternatively, the plaintiff may file a notice of voluntary dismissal of this action.

IT IS SO ORDERED.

　Dated:　**February 3, 2021**　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE