# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RP GOLDEN STATE MANAGEMENT, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>OHIO SECURITY INSURANCE COMPANY,<br><br>　　　　　Defendant. | Case No.: 1:19-cv-00600-DAD-JLT<br><br>ORDER DISREGARDING MISCELLANEOUS MOTION<br><br>(Doc. 80) |

On March 8, 2021, Mr. Desai, on behalf of the plaintiff, filed a miscellaneous motion. (Doc. 80.) However, the Court has previously advised Mr. Desai that Local Rule 183(a) provides that "[a] corporation or other entity may appear only by an attorney." RP Golden State Management, LLC is a limited liability company, and they may not appear in this action unless they retain appropriate counsel. *See McGowan v. Boek*, 402 F. App'x 287, 288 (9th Cir. 2010) (affirming dismissal of case because corporate plaintiff was not represented by counsel) (collecting cases); *In re Highley*, 459 F.2d 554, 555 (9th Cir. 1972) ("A corporation can appear in a court proceeding only through an attorney at law.") (collecting cases). Therefore, the motion is hereby DISREGARDED.

IT IS SO ORDERED.

　　Dated: __April 3, 2021__　　　　　　　_____ /s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE