UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RP GOLDEN STATE MANAGEMENT, LLC d/b/a Garden Suites Inn,<br><br>Plaintiff,<br><br>v.<br><br>OHIO SECURITY INSURANCE COMPANY,<br><br>Defendant. | Case No.  1:19-cv-00600-DAD-BAK (HBK)<br><br>**ORDER MODIFYING THE SCHEDULING ORDER**<br><br>**DISPOSITIVE MOTION DEADLINE SEPTEMBER 1, 2022**<br><br>(Doc. No.  88) |

Before the Court is the parties' Joint Status Report, filed on July 21, 2022.  (Doc. No. 88). After reviewing the docket and noting that the Court had previously deferred amending the remaining deadline in the Scheduling Order, the Court scheduled this case for a status hearing before the undersigned for July 28, 2022.  (See Doc. No. 87).  Upon review of the Joint Status Report, the undersigned vacated the hearing and noted it would issue a modified scheduling order.  (*See* Doc. No. 89).

In the Joint Status Report, the parties note that discovery is closed.  (Doc. No. 88 at 2). The parties further note that the Court granted Defendant's motions for sanctions—barring Plaintiff's owners from testifying at trial —on June 21, 2021.  (*Id.*);(*see also* Doc. No. 85).  The parties jointly propose a new dispositive deadline of September 1, 2022, and request deferring any settlement conference deadlines until the Court rules on the dispositive motion.  (Doc. No. 88

at 2). The parties note they may informally discuss settlement of the matter. (*Id.*).

Accordingly, it is **ORDERED**:

1. The Joint Status Report (Doc. No. 88) construed to be a stipulated motion to modify the deadline to file dispositive motions is **GRANTED**.

2. The deadline to file any dispositive motions is extended to **September 1, 2022**.

3. Any other deadlines, including a formal settlement conference, are stayed pending further order by the Court.

Dated:  July 27, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2