# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RP GOLDEN STATE MANAGEMENT, LLC,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>OHIO SECURITY INSURANCE COMPANY,<br><br>　　　　　　　Defendant. | Case No. 1:19-cv-00600-ADA-CDB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 95) |

On October 13, 2022, a notice of settlement was filed informing the Court that the parties reached settlement resolving this action on October 11, 2022, and, thus, the notice of settlement is timely. (ECF Nos. 93, 95). In light of the notice of settlement and pursuant to Local Rule 160(b), it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED;

2. The parties shall file appropriate papers to dismiss or conclude this action in its entirety within **twenty-one (21) days** of the date of entry of this order; and

3. Failure to comply with this order may be grounds for the imposition of sanctions

// //

// //

1

on counsel or parties who contributed to violation of this order. *See* Local Rule 160 and Local Rule 272.

IT IS SO ORDERED.

Dated: __**October 24, 2022**__         _____
UNITED STATES MAGISTRATE JUDGE